IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Oakstone Community School, | : | |
| Plaintiff | : | Civil Action 2:11-cv-01109 |
| v. | : | Judge Marbley |
| Cassandra Williams and Thomas Zraik, | : | Magistrate Judge Abel |
| | : | |
| Defendants | | |

## ORDER

The Clerk of Court is DIRECTED to place document 5, document 17 and the corresponding attachments, and document 18 and the corresponding attachments temporarily under seal pending a ruling on document 16. These documents may remain accessible to counsel.

s/ Mark R. Abel<br>
United States Magistrate Judge