IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Oakstone Community School, | : | |
| Plaintiff | : | Civil Action 2:11-cv-01109 |
| v. | : | Judge Marbley |
| Cassandra Williams and Thomas Zraik, | : | Magistrate Judge Abel |
| | : | |
| Defendants | | |

## ORDER

The Clerk of Court is DIRECTED to place documents 2-1 and 19-4 temporarily under seal.

s/ Mark R. Abel<br>
United States Magistrate Judge